# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER STAYING CASE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Lewis A. Bauer, a/k/a Lewis Antone | ) | |
| Bauer; Brenda L. Bauer, a/k/a | ) | Case No. 1:05-cv-061 |
| Brenda Lee Bauer, a/k/a Brenda Bauer; | ) | |
| Justin Bauer; Bobby J. Finnicum; | ) | |
| Northland Coal Equipment, Inc.; et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

Before the Court is the Plaintiff's "Motion to Stay" filed October 17, 2007, with an attached "Stipulation."  The parties inform the Court that the Defendants have acknowledged the United States is entitled to the relief it seeks in its Complaint and with its Motion for Summary Judgment. The Defendants expect to fully repay their debt to Farm Service Agency (FSA), with interest, on or before December 3, 2007.

Accordingly, the Court **STAYS** the action until and through December 3, 2007, and **ADOPTS** the Stipulation (Docket No. 50) in its entirety.

Dated this 18th day of October, 2007.

*/s/ Daniel L. Hovland*_____
Daniel L. Hovland, Chief Judge
United States District Court