# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

United States of America,       )
                                 )
          Plaintiff,       )
                                 )     **ORDER FOR JUDGMENT**
     vs.                  )     **AGAINST DEFENDANT CITIZENS**
                                 )     **STATE BANK-MIDWEST**
Lewis A. Bauer, a/k/a Lewis Antone Bauer; )
Brenda L. Bauer, a/k/a Brenda Bauer;    )
Justin Bauer; Bobby J. Finnicum; Northland )
Coal Equipment, Inc.; Rensch Farm Store,  )
Inc.; Citizens State Bank-Midwest; and    )
Retterath Farm, Inc.,                )
                                 )     Case No. 1:05-cv-061
          Defendants.     )

---

On August 22, 2007, the parties filed a pleading entitled "Stipulation for Entry of Judgment" See Docket No. 39-4. In the stipulation, Citizens State Bank-Midwest states that it has not been served with an answer and/or pleading in response to its cross-claim against defendants Lewis Bauer and Justin Bauer, and withdraws its cross-claim. The parties agree that the counterclaim filed by Citizens State Bank-Midwest against the United States may be dismissed, without prejudice. The parties further consent to the entry of judgment against Citizens State Bank-Midwest, with each side bearing its own costs and fees. The Court **ADOPTS** the stipulation in its entirety (Docket No. 39-4) and **ORDERS** that judgment be entered against the defendant Citizens State Bank-Midwest, with each party to bear its own costs, fees, and expenses.

**IT IS SO ORDERED.**

Dated this 20th day of December, 2007.

                                 */s/  Daniel L. Hovland*
                                 Daniel L. Hovland, Chief Judge
                                 United States District Court